IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DANIEL WAYNE BYERS**                                                  **PETITIONER**

**v.**                                        **CAUSE NO. 1:15CV395-LG-MTP**

**MARSHALL TURNER, Warden**                                    **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. ' 2255, the court, considering the record in the case and the requirements of 28 U.S.C. ' 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

    __X__ A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

    ____ A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 16th day of September, 2017.

                                               *s/ Louis Guirola, Jr.*
                                               LOUIS GUIROLA, JR.
                                               CHIEF U.S. DISTRICT JUDGE